BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
KATHRYN R. WATSON
Special Assistant United States Attorney
California Bar No. 244142
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Kathryn.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JUAN GARCIA,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | Case No. 1:09-CV-01629-SKO<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment (Doc. # 14) be extended 30 days from May 24, 2010 to June 23, 2010. This is Defendant's first request for an extension to file a response. This request is due to Defendant's counsel being selected to sit on a jury just prior to the original deadline. Jury duty has, thus, impacted counsel's schedule and she requests more time to complete briefs.

\\
\\
\\
\\
\\

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: May 20, 2010

*/s/ Sengthiene Bosavanh*
(As authorized via phone)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: May 21, 2010

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By   */s/ Kathryn R. Watson*
KATHRYN R. WATSON
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Upon a review of the parties' stipulation, the request is granted. Defendant's opposition brief shall be filed no later than **June 23, 2010.** Any reply brief shall be filed no later than fifteen (15) days after Defendant's opposition brief is served.

IT IS SO ORDERED.

**Dated:   May 24, 2010**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE